| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Robert Scott Anderson | CASE NO.: 6:23-bk-13446-SY<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 08/14/2023      Robert Scott Anderson      /s/ Robert Scott Anderson
                      Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                      Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                              F 1002-1.EMP.INCOME.DEC

JUNE 2023

```
                        -PAYMENT DETAIL-                    PAGE 004 OF 006
             R ANDERSON              086-207-9659-024  01   CBID- S06S
  PAY     A/R OR    DATE   ORIGIS CLEAR LS/PP TIME PAID  GROSS      NET   SUSP
PERIOD    WARRANT#  MODYYR MODYYR  NO.        DY HR/UNT                   CODE
0-05-23   03830864  060123        10827       99        9292.00  7010.10
C R P P A S G S WWG- OT R S   SALARY    TIME   SALARY   BASE    TRANS BATCH/PSD
T L T S C D T P FLSA CD G T   TOTAL     BASE   FULL     PAY           FILE#
1 1 0   0 1   2              1 9292.00         9292.00  9150.00

<<-----------RETIREMENT--------------->>  <<------FEDERAL TAX------>>
    SUBJ       W/H       ST-SHR    ID / RATE   GROSS      W/H    FD EX HW MISC GROSS
   9292.00   1095.77    4646.00   EM*.13000   7351.56    .00     E     N      .00
                                             OTH INCM  DPNDNTS  DEDUCTS SD    .00
                                                .00      .00     .00    EID
<<----------SOCIAL SECURITY----------->>  <<---------STATE TAX------>>  1- 8E6
 EE GROSS    EE W/H    ER GROSS   ER W/H    GROSS      W/H    CA EX EXT   142.00
    .00       .00         .00      .00     7351.56    .00     S  00 99   2-
<<--------------MEDICARE------------->>  <<--------------SDI---------->>     .00
 EE GROSS    EE W/H    ER GROSS   ER W/H    GROSS      W/H    ER W/H  3-
 8647.33    125.39     8647.33    125.39     .00        .00     .00          .00
<<--------------------------OPEB-------------------------->>                  BF
 GROSS SUBJ   EE W/H   EE RATE    ER W/H    ER RATE    CBID
   9292.00    371.68   .04000     371.68    .04000     S06S
```

```
                   MISCELLANEOUS DEDUCTIONS            PAGE 005 OF 006
            R ANDERSON                                 CBID- S06S
                                 PT CT  AR/WARRANT#   DATE
0-05-23   086-207-9659-024       0  1    03830864     060123

DED ORG   AMOUNT    PP  TP
078        3.60         SP
077        2.00         SP
088 024  109.47
089 052   15.00
089 044    5.00
                         AGY-RU     ST SHR     ADM    PC  PL  DED ORG IND
354 010  1945.00-*        FC        1945.00     .00
350 266  2074.72 *        FH           .00     6.85    3   B   266      B
351 246   135.00 *        FD           .00      .00    3       100 246  B
475 002     8.27 *        HV           .00      .00    3
356 002      .00 *        FF          3.06      .00
                       HEALTH-OPT-OUT-IND

349 001      .00
```

Date: 7/27/2023  Time: 10:07:10 AM

JULY 2023

```
                          -PAYMENT DETAIL-                              PAGE 001 OF 003
             R  ANDERSON                       086-207-9659-024   01   CBID- S06S
PAY      A/R OR      DATE    ORIGIS  CLEAR LS/PP  TIME PAID       GROSS        NET    SUSP
PERIOD   WARRANT#   MODYYR   MODYYR   NO.         DY  HR/UNT                          CODE
0-06-23  03906327   070123           10909        99              9292.00    7010.10
C R P P A S G S WWG- OT R S  SALARY    TIME     SALARY      BASE      TRANS BATCH/PSD
T L T S C D T P FLSA CD G T  TOTAL     BASE      FULL       PAY                 FILE#
1 1 0 0   0 1 2       1      9292.00            9292.00    9150.00
<<-----------RETIREMENT--------------->>   <<------FEDERAL TAX------->>
   SUBJ        W/H         ST-SHR     ID / RATE   GROSS       W/H    FD EX HW  MISC GROSS
  9292.00    1095.77      4646.00    EM*.13000   7351.56      .00    E    N          .00
                                                OTH INCM   DPNDNTS  DEDUCTS SD         .00
                                                     .00       .00      .00   EID
<<----------SOCIAL SECURITY---------->>   <<----------STATE TAX------>>  1-  8E6
 EE GROSS   EE  W/H    ER GROSS   ER   W/H    GROSS      W/H    CA EX EXT     142.00
      .00       .00         .00       .00    7351.56     .00    S  00 99   2-
<<-----------------MEDICARE------------->>   <<------------SDI-------->>          .00
 EE GROSS   EE  W/H    ER GROSS   ER   W/H    GROSS      W/H       ER W/H  3-
  8647.33    125.39     8647.33     125.39      .00      .00          .00         .00
<<-----------------------OPEB------------------------->>                   BF
GROSS SUBJ    EE W/H    EE RATE     ER W/H    ER RATE    CBID
  9292.00     371.68    .04000      371.68    .04000     S06S


                      MISCELLANEOUS DEDUCTIONS                          PAGE 002 OF 003
             R  ANDERSON                                                CBID- S06S
                                    PT CT   AR/WARRANT#      DATE
 0-06-23    086-207-9659-024         0  1    03906327       070123

 DED ORG     AMOUNT     PP  TP
 078          3.60          SP
 077          2.00          SP
 088 024    109.47
 089 052     15.00
 089 044      5.00
                           AGY-RU       ST SHR        ADM     PC  PL  DED ORG IND
 354 010   1945.00-*        FC          1945.00        .00
 350 266   2074.72 *        FH              .00       6.85     3  B   266       B
 351 246    135.00 *        FD              .00        .00     3      100 246   B
 475 002      8.27 *        HV              .00        .00     3
 356 002       .00 *        FF             3.06        .00
                          HEALTH-OPT-OUT-IND
 349 001       .00
```

Date: 7/27/2023  Time: 10:07:45 AM