**ORIGINAL**

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

---

**Wednesday, September 27, 2023**                                    Hearing Room    302

<u>9:30 AM</u>
**6:23-13446    Robert Scott Anderson**                              Chapter 7

#1.00    Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2017 Ford F-150, VIN: 1FTEW1EF4HKD44504

                        Docket    10

**Matter Notes:**

GRANTED: ✓_____    DENIED: _____

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: _Movant_____

**Tentative Ruling:**

GRANT relief from the automatic stay under §§ 362(d)(1) and (d)(2).

GRANT waiver of FRBP 4001(a)(3) stay.

APPEARANCES WAIVED. No opposition has been timely filed. If written or oral opposition is presented at the hearing, the hearing may be continued. Movant to lodge an order within 7 days.

| Party Information |
|---|

**Debtor(s):**

Robert Scott Anderson                    Represented By
                                          Benjamin Heston

**Movant(s):**

Global Federal Credit Union f/k/a        Represented By