Certificate Number: 14912-CAC-DE-037900620

Bankruptcy Case Number: 23-13446



14912-CAC-DE-037900620

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 1, 2023</u>, at <u>12:30</u> o'clock <u>AM EDT</u>, <u>Robert Anderson</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>November 1, 2023</u>          By:  <u>/s/Jai Bhatt</u>

                                       Name:  <u>Jai Bhatt</u>

                                       Title:  <u>Counselor</u>